UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MARC GOLDSCHEIN, *individually and on behalf of all* :
*others similarly situated*, :
: 25-CV-772 (JMF)
Plaintiff, :
: ORDER REGARDING
-v- : NOTICE TO PURPORTED
: PLAINTIFF CLASS
AVANGRID, INC., et al., : MEMBERS
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On January 27, 2025, Plaintiff filed a putative class action on behalf of himself and all other similarly situated former public stockholders of Avangrid, Inc. ("Avangrid") who held shares as of the August 19, 2024 record date for voting on the acquisition of shares of Avangrid by Iberdrola, S.A. and who had their shares exchanged for consideration as part of that transaction. *See* ECF No. 3 ("Compl."), ¶¶ 2, 63. The Complaint alleges violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder. *Id.* ¶ 1.

     Upon reflection, this case is subject to the requirements of Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), which requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

     Accordingly, it is hereby ORDERED that **no later than March 5, 2025**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

     SO ORDERED.

Dated: March 3, 2025                        _____
      New York, New York                          JESSE M. FURMAN
                                                      United States District Judge