# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 4740
NEW YORK, NEW YORK 10118

**Juan E. Monteverde**
jlerner@monteverdelaw.com

April 17, 2025

Hon. Jesse M. Furman
United States District Court Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    *Re:*    Joint Letter – *Marc Goldschein v. Avangrid, Inc.*, et al., 25-cv-00772-JMF

Dear Judge Furman:

    We represent Lead Plaintiffs in this action and submit this letter with the consent of Defendants. Pursuant to Your Honor's leadership order dated April 11, 2025, the parties have met and conferred regarding the next steps in the action and propose the following schedule:

1) Defendants shall file an answer or response to the Complaint (ECF No. 3) no later than 30 days from the date of an order adopting this schedule;

2) If Defendants file a motion under Fed. R. Civ. P. 12 in response to the Complaint ("Motion"), Lead Plaintiffs shall file either an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) or a response to the Motion no later than 30 days from the date the Motion is served on Lead Plaintiffs;

3) Defendants' reply in further support of their Motion shall be filed no later than 14 days from the date Lead Plaintiffs' response is served on Defendants, or, if an amended complaint is filed, the parties shall submit a revised schedule as necessary.

    Counsel is available at the Court's convenience.

                                             Respectfully,

                                             */s/ Juan E. Monteverde*

                                             Juan E. Monteverde

cc:    All counsel of record (via ECF)

*Handwritten annotation:* The Court adopts the parties' proposed schedule. SO ORDERED. [signature] April 18, 2025

---

Telephone (212) 971-1341        www.monteverdelaw.com        Facsimile (212) 202-7880