UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
MARC GOLDSCHEIN, *individually and on behalf of all*   :
*others similarly situated*,     :
    :      25-CV-772 (JMF)
            Plaintiff,   :
    :      <u>AMENDED ORDER</u>
      -v-    :
    :
AVANGRID, INC., et al.,     :
    :
            Defendants.   :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In issuing yesterday's Order, the Court overlooked the existing briefing schedule for Defendants' motion to dismiss. *See* ECF No. 24. Consistent with that briefing schedule, Plaintiff shall file either an opposition to Defendants' motion or an amended complaint by **June 18, 2025**. (Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.) If Plaintiff does amend, the parties shall submit a revised schedule **within three business days** of the filing of the Amended Complaint. If Plaintiff files an opposition, any reply shall be filed **within 14 days**.

      SO ORDERED.

Dated: May 21, 2025
      New York, New York
                                              _____
                                                  JESSE M. FURMAN
                                             United States District Judge