**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
MARC GOLDSCHEIN, individually and on behalf of all others similarly situated,

                Plaintiff,            25 **CIVIL** 0772 (JMF)

     -against-                **JUDGMENT**

AVANGRID, INC., et al.,

                Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 22, 2025, Defendants' motion to dismiss is GRANTED; accordingly, judgment is entered for the defendants and the case is closed.

**Dated:**  New York, New York
        December 29, 2025

                                       **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                     **BY:**
                                          **Deputy Clerk**